# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Amy J. St. Eve | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 05 CR 727 - 2 | **DATE** | 2/10/2011 |
| **CASE TITLE** | United States vs. John Boultbee | | |

**DOCKET ENTRY TEXT**

Status hearing held on 2/10/11.  Government's oral motion to exonerate bond is granted.  The Clerk of Court is directed to return any quit claim deed executed in this case to the sureties at the property address and to return any funds posted, plus any interested accrued, to the sureties.  Amended Judgment and Commitment Order to follow after the Court receives the proposed agreed amended forfeiture order.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | KF |
|---|---|---|