# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Amy J. St. Eve | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 05 CR 727 - 2,3,5 | **DATE** | 3/14/2011 |
| **CASE TITLE** | United States vs.John Boultbee, Peter Atkinson, Mark Kipnis | | |

**DOCKET ENTRY TEXT**

Government's agreed motion to modify preliminary order of forfeiture [1176] is granted. Enter Amended Preliminary Order of Forfeiture.

Docketing to mail notices.

| | Courtroom Deputy Initials: | KF |
|---|---|---|