1 S

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 05 CR 727 |
| | ) Judge Amy J. St. Eve |
| JOHN A. BOULTBEE, | ) |
| PETER Y. ATKINSON, and | ) |
| MARK S. KIPNIS | ) |

## AMENDED PRELIMINARY ORDER OF FORFEITURE

This cause comes before the Court on the parties' agreed motion for entry of an Amended

Preliminary Order of Forfeiture pursuant to the provisions of Title 18, United States Code, Section

981(a)(1)(C), Title 28, United States Code, Section 2461(c), and Fed. R. Crim. P. 32.2. Having

considered the motion, the Court enters the following Order:

1.      With respect to defendants Boultbee and Atkinson, the provisions of this Court's

January 31, 2008 Preliminary Order of Forfeiture remain in place with respect to the *in personam*

money judgment in the amount of $600,000 representing the proceeds from the Supplemental

Payments. That is, defendants Boultbee and Atkinson remain jointly and severally liable for an *in*

*personam* money judgment in the amount of $600,000 representing the proceeds from the

Supplemental Payments. Defendants Boultbee, Atkinson, and Kipnis are no longer jointly and

severally liable *in personam* for a money judgment in the amount of $5.5 million representing the

proceeds paid via the APC agreements.

2.      The process for collecting the *in personam* money judgment against defendants

Boultbee and Atkinson remains the same as in this Court's January 31, 2008 Preliminary Order of

Forfeiture (¶¶ 2-4). Thus, in the first instance the government shall attempt to collect from

defendants Boultbee and Atkinson the fraud proceeds they personally received ($15,000 each), plus

their proportional share of the fraud proceeds personally received by defendant Radler ($285,000). That proportional share, based on defendant Boultbee and Atkinson's respective shares of the Supplemental Payments, is 4.76% of $285,000, or $13,566.

3.  In or about July 2008, the government collected $290,421 from defendant Atkinson, to satisfy the January 31, 2008 Preliminary Order of Forfeiture. Defendant Atkinson has therefore already paid his share of the *in personam* money judgment ($15,000 for the payment that he received, plus $13,566 as his proportional share of the remaining funds at issue). The Court will issue a separate minute order directing that funds in the amount of $261,855 plus interest be released to defendant Atkinson by the United States Marshal Service.

4.  This Court shall retain jurisdiction in this matter to take additional action and enter further orders to implement and enforce this Amended Preliminary Order of Forfeiture.


IT IS SO ORDERED.

3-14-11

AMY J. ST. EVE
United States District Court
Northern District of Illinois