IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 05 CR 727 |
| v. | ) | |
| | ) | Hon. Amy J. St. Eve |
| CONRAD BLACK, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANT BOULTBEE'S NOTICE OF APPEAL

Notice is hereby given that John A. Boultbee, one of the defendants in the above-captioned case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the final amended judgment entered in this action on the 24th day of March, 2011.

Dated: New York, New York
April 4, 2011

Respectfully submitted,

RICHARD A. GREENBERG
STEVEN Y. YUROWITZ
NEWMAN & GREENBERG

by _____
Richard A. Greenberg

950 Third Avenue
New York, New York 10022
(212) 308-7900

*Attorneys for John A. Boultbee*