IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 05 CR 727 |
| v. | ) | |
| | ) | Hon. Amy J. St. Eve |
| CONRAD BLACK, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT JOHN A. BOULTBEE'S DOCKETING STATEMENT**

John A. Boultbee, one of the defendants in the above-captioned case, submits the following docketing statement pursuant to Rules 3(c)(1) and 28(a) of the Rules of the United States Court of Appeals for the Seventh Circuit:

**A.  Jurisdictional Statement and Prior Proceedings**

1. Mr. Boultbee was prosecuted in the United States District Court for the Northern District of Illinois on a superseding information charging him with nine counts of mail and wire fraud, in violation of 18 U.S.C. §§ 1341, 1343, 1346 and 2, and (ii) two counts of aiding or assisting in the preparation or filing of materially false corporate tax returns, in violation of 26 U.S.C. § 7206(2).

2. The district court had jurisdiction over the trial of these charges pursuant to 18 U.S.C. § 3231.

3. A jury acquitted Mr. Boultbee on eight of the counts, and convicted him on three counts of mail fraud, in violation of 18 U.S.C. §§1341, 1346 and 2.

4. On August 24 and 27, 2007, Mr. Boultbee filed post-trial motions for a judgment of acquittal or new trial, pursuant to Rules 29 and 33, F.R.Cr.P., and joined his codefendants' motions seeking the same relief. The district court denied Mr. Boultbee's motions by order entered November 5, 2007.

5. On December 10, 2007, the district court sentenced Mr. Boultbee to, *inter alia*, a 27-month term of imprisonment, a $300 special assessment, a $500 fine, restitution in the amount of $152,500, and a three-year term of supervised release. The judgment reflecting Mr. Boultbee's sentence was entered on December 27, 2007.

6. On January 4, 2008, Mr. Boultbee filed a timely notice of appeal from the judgment. The docket number on that case was 08-1072.

7. On June 25, 2008, the United States Court of Appeals for the Seventh Circuit affirmed Mr. Boultbee's convictions (*United States v. Black*, 530 F.3d 596 (7th Cir. 2008)), and on August 13, 2008 denied Mr. Boultbee's petition for rehearing with a suggestion for rehearing *en banc*.

8. Thereafter, the Supreme Court of the United States granted certiorari and by unanimous decision and order, vacated Mr. Boultbee's convictions and remanded to the United States Court of Appeals for the Seventh Circuit. *Black v. United States*, 130 S. Ct. 2963 (2010).

9. On remand, the Court of Appeals reversed two counts of Mr. Boultbee's conviction, but upheld one count (Count Seven). *United States v. Black*, 625 F.3d 386

(7th Cir. 2010). On December 17, 2010, the Court of Appeals denied Mr. Boultbee's petition for *en banc* rehearing.

10. A second petition for certiorari is now pending in the Supreme Court of the United States. *Conrad Black, et al. v. United States*, 10-1038.

11. On remand, however, the district court granted the government's motion to dismiss Counts One and Six, and upon the parties' agreement, the district court by an amended judgment dated March 24, 2011, resentenced Mr. Boultbee to, *inter alia*, time served.

12. On April 5, 2011, Mr. Boultbee filed a timely notice of appeal from the amended judgment.

13. The Court of Appeals has jurisdiction over Mr. Boultbee's appeal pursuant to 28 U.S.C. § 1291 and 18 U.S.C. § 3742.

**B. Related Proceedings**

14. During the pendency of this case in the district court, intervenor The Chicago Tribune Company ("The Tribune") filed an interlocutory appeal from an order denying reconsideration of its motion for access to the names of the trial jurors. Docket No. 07-2002. The Tribune later moved to dismiss its appeal pursuant to Rule 42(b), F.R.A.P., and its motion was granted by order dated August 1, 2007.

**C. Counsel of Record**

15. Richard A. Greenberg, Esq., will serve as counsel of record for Mr. Boultbee's

appeal. His contact information is:

> NEWMAN & GREENBERG
> 950 Third Avenue – 32nd Floor
> New York, New York 10022
> (212) 308-7900
> (212) 826-3273 (facsimile)
> rgreenberg@newmangreenberg.com

Dated: New York, New York
      April 11, 2011

                              Respectfully submitted,

                              RICHARD A. GREENBERG
                              STEVEN Y. YUROWITZ
                              NEWMAN & GREENBERG

                              by _____
                                 Richard A. Greenberg

                              950 Third Avenue
                              New York, New York 10022
                              (212) 308-7900

                              *Attorneys for John A. Boultbee*